UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Tracie Stanley-Aldrich,<br>Plaintiff<br>v.<br>Home Depot U.S.A., Inc.,<br>Defendant | Case No. 2:24-cv-02372-CDS-NJK<br>**Order Directing Parties to File a Proposed Joint Pretrial Order** |

Under Local Rule 26-1(b)(5), when dispositive motions are filed, the deadline for filing the joint pretrial order is suspended until thirty days after the court rules on the motion. On March 11, 2026, I denied Home Depot U.S.A., Inc.'s motion for summary judgment. ECF No. 21. More than six months have passed since that ruling, yet the parties have failed to file a proposed joint pretrial order.

The parties are therefore ordered to prepare and file a proposed joint pretrial order that complies with Local Rules 16-3 and 16-4 by November 23, 2026. Plaintiff Tracie Stanley-Aldrich is warned that the court may dismiss this action without further notice if she continues not to prosecute her claims. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte.").

Dated: October 22, 2026

Cristina D. Silva
United States District Judge